664 A.2d 493

IN THE MATTER OF JOSEPH J. MARRA,
AN ATTORNEY AT LAW.

September 27, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **JOSEPH J. MARRA** of **PENNSAUKEN,** who was admitted to the bar of this State in 1984, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **JOSEPH J. MARRA** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court;  and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JOSEPH J. MARRA** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court;  and it is further

ORDERED that **JOSEPH J. MARRA** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.